UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :        SEALED INDICTMENT
                                :
RUBEN GIL,                      :           07 Cr. 1169
    a/k/a "Gavilan,"            :        S1 07 Cr. 1169
    a/k/a "Padrino," and        :        S2 07 Cr. 1169
MARTIN NELSON GARCIA,           :
                                :
        Defendants.             :
                                :
- - - - - - - - - - - - - - - - x

     Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Avi Weitzman;

     IT IS HEREBY ORDERED that the underlying Indictment and S2 Superseding Indictment in the above-captioned action be unsealed since both defendants RUBEN GIL and MARTIN NELSON GARCIA have been arrested and will be presented and arraigned under the above-listed Indictments in the Southern District of California.

Dated: New York, New York
       March 24, 2008

MAR 2 4 2008

_____
UNITED STATES MAGISTRATE JUDGE

ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 4 2008