```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    GOVERNMENT'S FORFEITURE BILL
                                     OF PARTICULARS
            -v-                 :

RUBEN GIL,                      :    S1 07 Cr. 1169
    a/k/a "Gavilan,"
    a/k/a "Padrino,"            :

            Defendant.          :
- - - - - - - - - - - - - - - - x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Count One of the Indictment as alleged in the Forfeiture Allegation, includes the following:

> all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 6116 Palm Avenue, Maywood, CA 90270; and

> all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 6122 Palm Avenue, Maywood, CA 90270.

Dated:   New York, New York
         March 26, 2008

                    Respectfully Submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

            By:  _____/s/_____
                    AVI WEITZMAN
                    Assistant United States Attorney
                    Telephone: (212) 637-1205