UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (Foley Square)

CRIMINAL DOCKET FOR CASE #: 1:07-cr-01169-JES-1

UNITED STATES OF AMERICA                    **APPEARANCE**

vs.

RUBEN GIL a/k/a Gavilan, a/k/a Padrino

    Defendant.
_____/

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for RUBEN GIL, a/k/a Gavilan, a/k/a Padrino and I certify that I am admitted to practice in this Court.

    Dated this 2nd day of April, 2008.

                                          EDWARD J. ABRAMSON, ESQUIRE
                                          Attorney for Defendant Ruben Gil
                                          7270 N.W. 12 Street, Suite 580
                                          Miami, Florida   33125
                                          Tel:  (305) 594-4999
                                          Fax: (305) 594-0043

                                          BY:  */s/ Edward J. Abramson*
                                                EDWARD J. ABRAMSON, ESQ.
                                                Fla. Bar #795739

Case 1:07-cr-01169-JES    Document 8    Filed 04/02/2008    Page 2 of 2