UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :       ORDER
                                  :
RUBEN GIL,                        :       07 Cr. 1169 (JES)
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - x

    Upon the application of the United States of America, by and through Assistant United States Attorney Avi Weitzman, and with the consent of the defendant RUBEN GIL, by and through his counsel Steven Altman, Esq., it is hereby ORDERED that the time between April 3, 2008 through and including May 22, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the Government to collect and produce discovery and to provide the defendant an opportunity both to review discovery and to consider a possible disposition of the case.

Dated: New York, New York
    April ___, 2008

                JOHN E. SPRIZZO
                UNITED STATES DISTRICT JUDGE