UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (Foley Square)

CRIMINAL DOCKET FOR CASE #: 1:07-cr-01169-JES-1

UNITED STATES OF AMERICA

v.

RUBEN GIL, et al.

      Defendants.

_____/

5/1/08

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

COMES NOW the undersigned counsel, EDWARD J. ABRAMSON, as counsel for the Defendant, RUBEN GIL and files his Motion to Withdraw as counsel on the ground that counsel has discovered a possible conflict.

WHEREFORE, the undersigned counsel hereby moves this Honorable Court to enter an Order withdrawing EDWARD J. ABRAMSON as counsel for the Defendant in this case.

    Respectfully submitted,

    BY: _Edward J. Abramson_
        EDWARD J. ABRAMSON, ESQ.

SO ORDERED:

_____
U.S.D.J.

4-30-08

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/EC. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

BY: /s/ Edward J. Abramson
EDWARD J. ABRAMSON, ESQ.
Fla. Bar No.: 795739

SERVICE LIST

United States of America v. Ruben Gil et al.
Case No. 1:07-cr-01169-JES-1
United States District Court for the Southern district of New York (Foley Square)

Steven Altman, Esq.
Benedict & Altman
247Livingston Avenue
New Burns, NJ 08901
(732) 745-9000

Edward Joel Abramson, Esq..
Edward Abramson, P.A.
7270 N.W. 12th Street, Suite 580
Miami, Florida  33126
Tel: 594-4999
Fax:  (305) 594-0043
Email: Abramson@immigrationrus.com

Avi Weitzman
United States Attorney, Southern
District New York
Department of Justice
One Saint Andrew's Plaza
New York, NY  10007
(212) 637-1205

Fax:  (212) 637-2527
Email: avi.weitzman@usdoj.gov

Parvin Daphne Moyne
U.S. Attorney's Office, SDNY(St Andw's)
One St. Andrew's Plaza
New York, NY  10007
(212) 637-2510
Fax:  (212) 637-2527
Email: Parvin.moyne@usdoj.gov