UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :   STIPULATION AND ORDER
                                :
RUBEN GIL, and                  :   07 Cr. 1169 (JES)
MARTIN NELSON GARCIA,           :
                                :
        Defendants.             :
- - - - - - - - - - - - - - - - x

   WHEREAS, defendants RUBEN GIL and MARTIN NELSON GARCIA have been charged in a one-count indictment 07 Cr. 1169 (JES) with unlawfully, intentionally, and knowingly, conspiring to distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 812, 841(a)(1) and 841(b)(1)(A); and

   WHEREAS, a court conference in this case was originally scheduled for May 22, 2008, and recently has been adjourned to September 4, 2008 at 3:00 p.m. with the consent of all Parties; and

   WHEREAS, the Government and counsel for each of the defendants are engaged in ongoing plea discussions aimed at resolving this case short of a trial;

   NOW, THEREFORE, IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED THAT:

   1.   The time between May 22, 2008 through and including September 4, 2008, be excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of

justice; and

    2.   The ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because such a continuance will permit the Government and the defendants to continue plea discussions and to consider a possible disposition of the case.

Dated:  New York, New York
        May _____, 2008

COUNSEL FOR THE UNITED STATES:

_____
Avi Weitzman / Eugene Ingoglia
Assistant United States Attorneys

COUNSEL FOR THE DEFENDANTS

_____      _____
Steven Altman                       Alberto Ebanks, Esq.
Counsel for Ruben Gil           Counsel for Martin Nelson Garcia

SO ORDERED:

_____
JOHN E. SPRIZZO
UNITED STATES DISTRICT JUDGE

5-27-08

justice; and

    2.    The ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because such a continuance will permit the Government and the defendants to continue plea discussions and to consider a possible disposition of the case.

Dated:  New York, New York
          May _____, 2008

COUNSEL FOR THE UNITED STATES:

_____
Avi Weitzman / Eugene Ingoglia
Assistant United States Attorneys

COUNSEL FOR THE DEFENDANTS

_____    _____
Steven Altman                  Alberto Ebanks, Esq.
Counsel for Ruben Gil       Counsel for Martin Nelson Garcia

SO ORDERED:

_____
JOHN E. SPRIZZO,
UNITED STATES DISTRICT JUDGE